IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAMIREZ, | No. CIV S-06-2167-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICH SUBIA,[1] et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 7, 2006, the court directed petitioner to file an amended petition within 30 days.[2] Petitioner was warned that failure to comply could result in dismissal of this action. That order was served on petitioner's address of record and returned by the postal service. Based on petitioner's non-compliance, the court issued findings

---

[1] Petitioner originally named Roseanne Campbell as the respondent. In his amended petition filed on February 5, 2007, however, petitioner names Rich Subia as the respondent. The Clerk of the Court shall update the docket to replace Campbell with Subia reflecting the caption above.

[2] This was the second time the court directed petitioner to file an amended petition because the petition did not comply with Rule 2(c) of the Federal Rules Governing Section 2254 cases.

and recommendations on January 25, 2007, that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. On February 5, 2007, petitioner filed an amended petition which complies with Rule 2(c). Therefore, the findings and recommendations will be vacated.

The court has examined the amended petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the amended petition and any attached exhibits that petitioner is not entitled to relief. See id. Respondents, therefore, will be directed to file a response to petitioner's amended petition. See id. If respondents answer the amended petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. See id.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 25, 2007, findings and recommendations are vacated;

2. Respondents are directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

3. Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 7, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE