IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD RAMIREZ,** | CIV S-06-2167-LKK-CMK-P |
| Petitioner, | **ORDER** |
| **v.** | |
| **RICH SUBIA, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING therefore, Respondent is granted a 30-day enlargement of time up to and including May 7, 2007, within to file a response to a petition for writ of habeas corpus.

DATED:   April 12, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1