IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RICHARD RAMIREZ,**　　　　　　　　　　　　CIV S-06-2167-LKK-CMK-P

　　　　　　　　　　　　Petitioner,　　**ORDER**

　　v.

**RICH SUBIA, et al.,**

　　　　　　　　　　　　Respondents.

　　　　GOOD CAUSE APPEARING therefore, Respondent is granted a thirty-day enlargement of time up to and including June 6, 2007 for completing a response to a petition for writ of habeas corpus.

May 10, 2007

　　　　　　　　　　/s/　**CRAIG M. KELLISON**
　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1