IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD RAMIREZ,** | CIV S-06-2167-LKK-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **RICH SUBIA, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING therefore, Respondent is granted a thirty-day enlargement of time up to and including July 6, 2007 for completing a response to a petition for writ of habeas corpus.

June 7, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1