IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAMIREZ, | No. CIV S-06-2167-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICH SUBIA, et al., | |
| Respondents. | |
| _____/ | |

Pending before the court is petitioner's request for a certificate of appealability (Doc. 32), filed on July 9, 2008.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. See Fed. R. App. P. 22(b). For the reasons set forth in the magistrate judge's April 8, 2008 findings and

1

1 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
2 right.
3      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
4 of appealability is denied.
5      DATED: August 20, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT